Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PRESIDENT HOTEL INVESTMENT LLC.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD, an individual,

    Plaintiff,

v.

PRESIDENT HOTEL INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,

    Defendant.

Case No. 8:19-cv-01888-JVS-JDE

**NOTICE OF RELATED CASES**

Complaint filed: October 1, 2019

PLEASE TAKE NOTICE that the above-captioned case is related to the following cases filed and currently pending in this District pursuant to Local Rule 83-1.3:

| CASE NUMBER | NAME | FILING DATE |
|---|---|---|
| 5:19-cv-01857-PA | Rutherford v. Carl C. Lehmann et al | 09/28/19 |
| 8:19-cv-01891-JLS-ADS | Rutherford v. Coastland Chapman Plaza, L.P. | 10/01/19 |

In each of the foregoing cases, Rutherford has made identical or virtually identical allegations and claims. The complaints in each of these cases (including this one) contain two causes of action: (1) under the Americans with Disabilities Act and (2) the ubiquitous Unruh Act claim that inevitably accompanies these cases. All three complaints are based on allegedly deficient parking, and even the alleged deficiencies pled in each of the three complaints at ¶ 12 are either identical or virtually so.

Notice of Related Cases

Pursuant to Local Rule 83-1.3, cases are related if they (1) arise from the same or a closely related transaction, happening, or event, or (2) call for determination of the same or substantially related or similar questions of law and fact, or (3) for other reasons would entail substantial duplication of labor if heard by different judges.  All of the foregoing cases meet these criteria and the cases should be transferred to Judge Anderson, as the judge handling the earliest-filed of the three cases.

First, each of the foregoing pending cases involve the same plaintiff, James Rutherford, the same attorney, Joseph Manning, Jr., each claim is based on allegedly deficient parking spaces and slopes and each of the cases alleges a violation of the ADA and the Unruh Act.  Thus, although the alleged violations occur at three different business, they are "closely related transactions."

Pursuant to Local Rule 83-1.3, cases are also related if they "involve substantially the same facts and the same questions of law."  All of the pending cases raise substantially the same facts, *i.e.*, whether each business' parking spaces violated the ADA by having improper slopes and access.  In addition, these cases all raise *identical* questions of law. Some of those identical issues of law include (1) whether Rutherford has Article III standing to bring his claims; (2) whether Rutherford can satisfy the stricter Unruh Act standing requirements, (3) whether Rutherford can relate any alleged disability to any of the alleged ADA violations, *see Rutherford v. Cesar's Mexican Rest., LLC*, 2019 U.S. Dist. LEXIS 150782, at *3-4 (S.D. Cal. Sep. 3, 2019); *Rutherford v. Evans Hotels, LLC*, 2019 U.S. Dist. LEXIS 72066, at *16-17 (S.D. Cal. Apr. 29, 2019); (4) whether the court should decline to exercise supplemental jurisdiction over Rutherford's state law claim, and (5) whether Rutherford had a *bona fide* intent to patronize or return to the specific business, considering that Rutherford has filed over 180 cases alleging an intent to return to each and every one of those businesses, an inquiry which directly affects Rutherford's standing pursuant to the ADA.

Plaintiff has not seen fit to provide any notice that any of the cases filed by this prolific ADA plaintiff.  Since all three of the pending cases raise the same issues have the

same plaintiff and counsel for Plaintiff, for judicial efficiency and to prevent "judge-shopping," all of the cases should be transferred to one judge.

### CONCLUSION

For the foregoing reasons, defendant PRESIDENT HOTEL INVESTMENT, LLC requests that this Court transfer this case as a related case to Judge Anderson.

> Respectfully Submitted,
>
> STILLMAN & ASSOCIATES
>
> Dated: October 21, 2019      By: _____
> Philip H. Stillman, Esq.
> Attorneys for defendant PRESIDENT HOTEL INVESTMENT LLC

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on October 21, 2019 or as soon as possible thereafter, copies of the foregoing Notice of Related Cases was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same in each of the currently pending related cases, pursuant to Local Rule ___.

By: /s/ *Philip H. Stillman*
Attorneys for PRESIDENT HOTEL INVESTMENT LLC