Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PRESIDENT HOTEL INVESTMENT, LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No. 8:19-cv-01888-JVS-JDE |
| Plaintiff, | **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)** |
| v. | |
| PRESIDENT HOTEL INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,, | Date:  December 9, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C Santa Ana |
| Defendant. | Hon. James V. Selna |
| | Complaint filed: October 1, 2019 |

Notice of Motion and Motion to Dismiss Complaint

1

2  **TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

3          PLEASE TAKE NOTICE THAT on December 9, 2019, at 1:30 p.m. or as soon

4  thereafter as the matter may be heard in the Courtroom 10C of the above-entitled  court,

5  located at Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street,

6  Santa Ana, CA 92701-4516, PRESIDENT HOTEL INVESTMENT LLC ("Defendant") will and

7  hereby does move the Court for an Order dismissing the Complaint for lack of standing and

8  failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

9          This motion is brought on the grounds that James Rutherford("Plaintiff") lacks

10  sufficient Article III standing to bring the claims asserted in the complaint and fails to

11  allege sufficient facts to support standing under the Unruh Act.  Additionally, Plaintiff fails

12  to state a claim upon which relief can be granted.

13          Pursuant to Local Rule 7-3, the parties have met and conferred on the Motion on

14  October 30, 2019 but were unable to reach any resolution of the matters raised in the

15  Motion.

16          This motion is based on this Notice of Motion and Motion, the Memorandum of

17  Points and Authorities filed herewith, the Declaration of Philip H. Stillman, the pleadings

18  and papers on file herein, and upon such other matters as may be presented to the Court at

19  the time of the hearing, if any.

20                                        Respectfully Submitted,

21                                        STILLMAN & ASSOCIATES

22

23  Dated: November 5, 2019          By:_____
                                          Philip H. Stillman, Esq.
24                                        Attorneys for defendant PRESIDENT HOTEL
                                          INVESTMENT, LLC.
25

26

27

28

Motion to Dismiss Complaint                    -1-

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on November 6, 2019 or as soon as possible thereafter, copies of the foregoing AMENDED Motion to Dismiss was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for PRESIDENT HOTEL INVESTMENT, LLC