Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PRESIDENT HOTEL INVESTMENT, LLC

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>PRESIDENT HOTEL INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,,<br><br>      Defendant. | Case No. 8:19-cv-01888-JVS-JDE<br><br>**NOTICE OF ERRATA *RE* DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)**<br><br>Date:  December 9, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C Santa Ana<br><br>Hon. James V. Selna<br><br>Complaint filed: October 1, 2019 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Defendant's Memorandum of Points and Authorities in Support of its Motion to Dismiss contains an editing error just seen by Defendant's counsel.  Specifically, beginning on p. 5, line 25 through p. 6, line 9, under the title "Legal Standard," Defendant erroneously refers to the jurisdictional challenge to the Complaint as a "facial challenge," when in fact, as shown in the Argument section of the Memorandum, it is a " factual challenge."  Accordingly, counsel for Defendant submits the attached corrected Memorandum in which the only change is to replace the existing "Legal Standard" section with the following correct legal standard:

> Jurisdictional attacks can be either facial or factual. *White v. Lee*, 227 F.3d 1214, 1242 (9th Cir. 2000); *Safe Air for Everyone v. Meyer*, 373 F.3d 1035,1039  (9th Cir. 2004). "In a facial attack, the challenger asserts that the allegations contained in a complaint are insufficient on their face to invoke federal jurisdiction." *Id.* In a factual attack, the challenger provides evidence that an alleged fact in the complaint is false, thereby resulting in a lack of subject matter jurisdiction. *Safe Air for Everyone*, 373 F.3d at 1039.  Under a factual attack, the allegations in the complaint are not presumed to be true, *White*, 227 F.3d at 1242, and "the district court is not restricted to the face of the pleadings, but may review any evidence, such as affidavits and testimony, to resolve factual disputes concerning the existence of jurisdiction." *McCarthy v. United States*, 850 F.2d 558, 560 (9th Cir.1988).  Defendant here is making a factual challenge to the Complaint.

Although this does not change the substance of the Motion, and therefore there is no prejudice from this correction, counsel for Defendant believes that it is important to state the correct legal standard.  Counsel apologizes to counsel for Plaintiff and the Court for this error and any inconvenience the inadvertent error may have caused.

                                  Respectfully Submitted,

                                  STILLMAN & ASSOCIATES

Dated: November 13, 2019        By:_____
                                              Philip H. Stillman, Esq.
                                              Attorneys for defendant PRESIDENT HOTEL INVESTMENT, LLC.

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on November 13, 2019 or as soon as possible thereafter, copies of the foregoing Notice of Errata re Memorandum in Support of Motion to Dismiss was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*
Attorneys for PRESIDENT HOTEL INVESTMENT, LLC